UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20908-CR-ALTONAGA/BROWN

UNITED STATES OF AMERICA

    Plaintiff,

v.

KEBIN SANABRIA VALLEJOS
(#86527-004),

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court for a Status Hearing regarding the $1500 Criminal Justice Act payment previously ordered by this Court on October 13, 2009. The Assistant Public Defender argued that their office has a total amount of approximately two hours of work in the case and made an *ore tenus* motion to the Court to reduce the payment. The Government had no objection to the motion. After a review of the file in this matter, it is hereby

ORDERED and ADJUDGED that the defendant's *ore tenus* motion to reduce the amount of the Criminal Justice Act payment is hereby GRANTED and said amount is hereby reduced to $300. The defendant's counsel shall file a status report with the Court as to the payment on or before November 18, 2009.

DONE and ORDERED in Chambers at Miami, Florida this 13th day of November, 2009.

                                        */s/ Barry L. Garber*
                                        BARRY L. GARBER
                                        UNITED STATES MAGISTRATE JUDGE